UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.:  0:20-cv-61707-BB

HOWARD COHAN,

    Plaintiff,

vs.

BASS PRO OUTDOOR WORLD, L.L.C.
a Foreign Limited Liability Company
d/b/a BASS PRO SHOPS OUTDOOR WORLD

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, BASS PRO OUTDOOR WORLD, L.L.C., a Foreign Limited Liability Company, d/b/a BASS PRO SHOPS OUTDOOR WORLD, (the Parties) by and through their undersigned counsel, hereby notifies the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED October 27, 2020.

| By: /s/ **Gregory S. Sconzo** | By: /s/ **Elizabeth M. Rodriguez** |
|---|---|
| Gregory S. Sconzo, Esq. | Elizabeth M. Rodriguez. |
| Florida Bar No.: 0105553 | Florida Bar No. 821690 |
| Sconzo Law Office, P.A. | FordHarrison |
| 3825 PGA Boulevard, Suite 207 | 1 SE Third Avenue, Suite 2130 |
| Palm Beach Gardens, FL 33410 | Miami, Florida 33131 |
| Telephone: (561) 729-0940 | Telephone: (305) 808-2143 |
| Facsimile: (561) 491-9459 | Facsimile: (305) 808-2101 |
| Email: greg@sconzolawoffice.com | Attorneys for Defendant |
| Secondary Email: alexa@sconzolawoffice.com | |
| Attorney for Plaintiff | |

2

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on October 27, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                  **/s/ Gregory S. Sconzo**
                  **Gregory S. Sconzo, Esq.**