**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 20-cv-61707-BLOOM/Louis**

HOWARD COHAN,

    Plaintiff,

v.

BASS PRO OUTDOOR WORLD, L.L.C.,

    Defendant.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice, ECF No. [15] ("Stipulation"), filed on January 27, 2021. The Court has carefully reviewed the Stipulation and the record, and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation, **ECF No. [15]** is **APPROVED**;

2. The above-styled case is **DISMISSED WITH PREJUDICE**;

3. Each party shall bear its own attorneys' fees and costs except as provided in the parties' settlement agreement;

4. The Court shall retain jurisdiction for the sole purpose of enforcing the terms of the settlement agreement between the parties;

5. To the extent not otherwise disposed of, all pending motions are denied as **MOOT** and all deadlines are **TERMINATED**;

6. The Clerk of Court is directed to **CLOSE** this case.

Case No. 20-cv-61707-BLOOM/Louis

**DONE AND ORDERED** in Chambers at Miami, Florida, on January 27, 2021.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record